UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____    │
│ DATE FILED:  10/19/2020          │
└─────────────────────────────────┘
```

CHRISTOPHER M GOULD,

Plaintiff,

-against-

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

Defendant.

1:20-cv-06141-MKV-KNF

ORDER

MARY KAY VYSKOCIL, United States District Judge:

In a separate Order [ECF #6], this case has been referred to one of the Court's Magistrate

Judges, Judge Kevin N. Fox, for a Report and Recommendation, which will then be sent to this

Court for review and to address any objections to the Report.  Alternatively, the parties may

voluntarily consent to have the Magistrate Judge render a final decision in this action in

accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.  Any appeal from a

Magistrate Judge's decision following consent is directly to the United States Court of Appeals

for the Second Circuit in the same way that an appeal from a District Judge's decision would be

taken.

Both parties – the Plaintiff and the Commissioner of Social Security – must consent in

order for the Magistrate Judge to decide the case.  To determine whether the parties wish to

voluntarily consent to proceeding before Judge Fox, counsel for the Commissioner of Social

Security is directed to send to counsel for Plaintiff on or before October 26, 2020, a copy of the

attached consent form bearing either (1) a signature indicating consent to proceeding before the

Magistrate Judge, or (2) a notation that the defendant does not consent.

On or before November 2, 2020, Plaintiff's counsel is directed to submit a letter via ECF

informing the Court whether all parties have consented to proceeding before the Magistrate

2

Judge.  If any party has not consented, the letter shall not state which of the parties have not

consented – only that there has not been consent by all parties.  If both parties have consented,

counsel shall file on ECF the signed consent forms.

This Order is not intended to interfere with the parties' right to have final disposition of

this case by a United States District Judge.  The parties are free to withhold their consent without

adverse substantive consequences.  If any party withholds consent, the identity of the parties

consenting or withholding consent shall not be communicated to any Magistrate Judge or District

Judge to whom the case has been assigned.

**SO ORDERED.**

**Date:  October 19, 2020**                                     **MARY KAY VYSKOCIL**
        **New York, NY**                                        **United States District Judge**

2

AO 85 (Rev. 02/17)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) |  |
| *Plaintiff* | ) |  |
| v. | ) | Civil Action No. |
| _____ | ) |  |
| *Defendant* | ) |  |

### NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

### Reference Order

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date:  _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:    Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.