## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

CHRISTOPHER M. GOULD

                        Plaintiff,          20 **CIVIL** 6141 (MKV)(KNF)

                -v-                       **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.

------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 8, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
           July 8, 2021

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                **BY:**          *K. Mango*

                                                              **Deputy Clerk**